UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
**F I L E D**

OCT - 5 2017

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

INDICTMENT NO. 6:17-Cr-52-GFVT
21 U.S.C. § 841(a)(1)

GARRETT M. LOTT

\*   \*   \*   \*   \*

THE GRAND JURY CHARGES:

On or about August 10, 2017, in Laurel County, in the Eastern District of Kentucky,

**GARRETT M. LOTT**

did knowingly and intentionally possess with the intent to distribute the following: 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, and 40 grams or more of a mixture or substance containing a detectable amount of fentanyl (N-phenly-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II controlled substance; a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance; a quantity of pills containing oxycodone, a Schedule II controlled substance; and a quantity of pills

containing hydrocodone, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

**A TRUE BILL**

CARLTON S. SHIER, IV
ACTING UNITED STATES ATTORNEY

## PENALTIES

**FIRST OFFENSE:** Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

> **IF PRIOR FELONY DRUG CONVICTION:** Not more than 30 years imprisonment, not more than a $2,000,000 fine, and at least 6 years supervised release.

**IF RESPONSIBLE FOR 100 GRAMS OR MORE OF A MIXTURE OR SUBSTANCE CONTAININING HEROIN AND/OR 40 GRAMS OR MORE OF A MIXTURE OR SUBSTANCE CONTAINING FENTANYL:** Not less than 5 nor more than 40 years imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

> **IF PRIOR FELONY DRUG CONVCTION:** Not less than 10 years nor more than life imprisonment, not more than a $8,000,000 fine, and at least 8 years of supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.

**PLUS:** Forfeiture of proceeds.